UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X

In re:

    RAYMOND P. SCHMIDT
    PATRICIA A. SCHMIDT

                    Debtor(s)
---------------------------------------X

Case No. 14-42656
Chapter 7

AFFIDAVIT OF INCOME

STATE OF NEW YORK)
COUNTY OF Queens )

    PATRICIA A. SCHMIDT, being duly sworn, deposes and says:

1. I am currently a stay-at-home Mom;
2. I currently receive no income and rely solely on support from my husband;
3. Since I do not receive any, I cannot provide pay statements for the sixty (60) day period prior to filing.

Dated: 6/16/14

_____
PATRICIA A. SCHMIDT

Sworn to before me this
16 day of June, 2014.

_____
Notary Public

MICHAEL LAROSA
Notary Public - State of New York
No. 01LA6297487
Qualified in Queens County
My Commission Expires February 24, 2018